PATRICIA M. BROWN et al., Appellants, v PCM DEVELOPMENT CORP., Respondent. [828 NYS2d 226]—Appeal from an order

of the Supreme Court, Onondaga County (Anthony J. Paris, J.), entered December 22, 2005 in a personal injury action. The order granted defendant's motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Smith, Lunn, Peradotto and Pine, JJ.